

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

## TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/29/2015 3:54:45 PM
PAM ESTES
Clerk

December 4, 2015

Ms. Laverne Lusk
County Clerk
P. O. Drawer 420
Rusk, TX 75785
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:          12-14-00300-CV
Trial Court Case Number:    P12025

**Style:**  In the Estate of Rodney Joe Knight, Deceased

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause.  When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

C Mr. William N. Pedersen (DELIVERED VIA E-MAIL)
C Mr. Wayne D. Haglund (DELIVERED VIA E-MAIL)
:

Mandate executed on _4th_ day of _December_, 2015.

Brief explanation of action taken: _filed in Estate + copies forwarded to attys._

_____ By _Jennifer Portman_ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us

# THE STATE OF TEXAS
# M A N D A T E

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO THE COUNTY COURT AT LAW OF CHEROKEE COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 23rd day of September, 2015, the cause upon appeal to revise or reverse your judgment between

## IN THE ESTATE OF RODNEY JOE KNIGHT, DECEASED

## NO. 12-14-00300-CV; Trial Court No. P12025

Opinion by Greg Neeley, Justice.

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that all costs of this appeal are hereby adjudged against the Appellant, **NATOSHA MOORE**, for which execution may issue, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 4th day of December, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk

FILED
at _11_ o'clock _A_ M.

DEC 04 2015

LAVERNE LUSK
CLERK, COUNTY COURT CHEROKEE CO., TX
By_____ Deputy



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00300-CV

## Trial Court No. P12025

### In the Estate of Rodney Joe Knight, Deceased

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
| --- | --- | --- |
| Motion fee | $10.00 | William N Pedersen |
| Reporter's record | $140.00 | Bill Pedersen |
| Reporter's record | $479.00 | Appellant and Appellee |
| Clerk's record | $211.00 | Bill Pedersen III |
| Motion fee | $10.00 | William N Pedersen |
| Supreme Court chapter 51 fee | $50.00 | Stripling, Pedersen & Floyd |
| Indigent | $25.00 | Stripling, Pedersen & Floyd |
| Required Texas.gov efiling fee | $20.00 | Stripling, Pedersen & Floyd |
| Filing | $100.00 | Stripling, Pedersen & Floyd |
| **TOTAL:** | **$1,045.00** | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 4th day of December 2015, A.D.

PAM ESTES, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk